**Opinion issued September 1, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-20-00006-CV**

————————————

**DONALD DEAN, TRACY DEAN AND
DEAN'S NUTRITIONAL FOOD SERVICE, INC., Appellants**

**V.**

**MARJORIE WOODS, INDIVIDUALLY AND ON BEHALF OF
SUNSHINE CAFETERIA SERVICES, INC.
AND SUNSHINE SPECIALTY FOODS, INC., Appellee**

---

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Case No. 2019-51702**

---

**MEMORANDUM OPINION**

The parties have filed a joint motion to dismiss the appeal. No opinion has

issued. *See* TEX. R. APP. P. 42.1(c). Accordingly, we grant the motion and dismiss

the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Countiss.